**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00834-CR
No. 05-13-00836-CR

**GREGORY LEWIS MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F12-60606-J, F12-60605-J

## ORDER

The clerk's records are overdue in these appeals. Appellant's docketing statements reflect that appellant is represented by court-appointed counsel and the clerk's records were requested on June 18, 2013.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE